```
                                        F I L E D
                                        08 JAN 30 PM 4:41


                                    BY:     PDL      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 0249 BTM |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., |
| ) | Sec. 1324(a)(2)(B)(ii) - |
| TINAMARIE TORRES ) | Bringing in Illegal Aliens for |
| DEBENEDETTO (1), ) | Financial Gain; Title 8, U.S.C., |
| ALEJANDRA TAPIA (2), ) | Sec. 1324(a)(2)(B)(iii) - |
| ) | Bringing in Illegal Aliens Without |
| Defendants. ) | Presentation; Title 18, U.S.C., |
| ) | Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about January 14, 2008, within the Southern District of California, defendants TINAMARIE TORRES DEBENEDETTO and ALEJANDRA TAPIA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Isabel Bocanegra-Narvaez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

WDK:fer:San Diego
1/25/08

<u>Count 2</u>

On or about January 14, 2008, within the Southern District of California, defendants TINAMARIE TORRES DEBENEDETTO and ALEJANDRA TAPIA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Isabel Bocanegra-Narvaez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: January 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney