```
LAW OFFICES OF ALAN E. FERGUSON
Alan E. Ferguson, Esq., State Bar No. 103677
3200 Fourth Avenue, Suite 207
San Diego, CA  92103-5716
PH: 619-299-4999
FAX: 619-299-8121
```

Attorney for Material Witness

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Nita L. Stormes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Tinamarie Torres Debenedetto (1),<br>Alejandra Tapia (2),<br><br>  Defendants. | Criminal Case No.   08cr0249-BTM<br><br>NOTICE OF MOTION AND MOTION FOR VIDEOTAPE DEPOSITION AND RELEASE OF MATERIAL WITNESS:<br>**Isabel Bocanegra-Narvaez**<br><br>HRG DATE: 02/14/2008<br>TIME:        9:30 a.m.<br>CRTRM:    F, 1st Floor<br>JUDGE:     Nita L. Stormes |

TO   UNITED STATES ATTORNEY KAREN P. HEWITT, ASSISTANT UNITED STATES ATTORNEY DOUGLAS KEEHN; TO DAVID L. BAKER, ATTORNEY FOR DEFENDANT, TINAMARIE TORRES DEBENEDETTO; AND TO STEPHEN D. DEMIK, ATTORNEY FOR DEFENDANT, ALEJANDRA TAPIA:

PLEASE TAKE NOTICE that on February 14, 2008, at 9:30 a.m., counsel will move this Court for an order to take the video deposition of material witness, Isabel Bocanegra-Narvaez, and for her immediate release thereafter.

**MOTION**

Material witness, Isabel Bocanegra-Narvaez, through her counsel, Alan E. Ferguson, and pursuant to Federal Rules of Criminal Procedure, Rule 15, 18 U.S.C., §3144; and 18 U.S.C., §3142,

1 | hereby move this Court for an order to take her deposition by videotape and release her at the
2 | conclusion of the deposition.
3 |     This motion is based on the notice of motion, declaration of counsel, the memorandum of
4 | points and authorities attached and filed herewith, the records of the above-titled case, and all
5 | matters submitted to the court prior to the determination of this motion.

7 | Dated: February 1, 2008

8 |                              By:    / S / *Alan E. Ferguson*
                                         ALAN E. FERGUSON
9 |                                      Attorney for the Material Witness