Alan E. Ferguson
CA Bar No. 103677
Attorney at Law
3200 4th Ave., Ste. 207
San Diego, CA 92103-5716
Tel.: 619-299-4999

Attorney for the Material Witness

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Nita L. Stormes)

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08cr0249-BTM |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF SERVICE |
| v. | ) | |
| | ) | Persons Served: DOUGLAS KEEHN, AUSA |
| Tinamarie Torres Debenedetto, et al., | ) | STEPHEN D. DEMIK, F.D. |
| | ) | DAVID L. BAKER, CJA |
| Defendants. | ) | Date Served:   February 1, 2008 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

<u>NOTICE OF MOTION AND MOTION FOR MATERIAL WITNESS DEPOSITION; POINTS AND AUTHORITIES IN SUPPORT OF MATERIAL WITNESS VIDEOTAPED DEPOSITION; AND DECLARATION OF ALAN E. FERGUSON IN SUPPORT THEREOF</u>, in the following manner:

1) __X__ By e-filing the documents with the Southern District Court via CM/ECF.

Executed on February 1, 2008 at San Diego, California.

/ S / *Alan E. Ferguson*
ALAN E. FERGUSON
Attorney for the Material Witness