1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4
5  Attorneys for Ms. Tapia
6
7
8                       UNITED STATES DISTRICT COURT
9                      SOUTHERN DISTRICT OF CALIFORNIA
10                  **(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08CR0249-BTM |
| 12             Plaintiff, | ) ) | Date:   March 5, 2008 |
| | ) | Time:   9:00 a.m. |
| 13 v. | ) ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 **ALEJANDRA TAPIA**, | ) ) | |
| | ) | 1) PRESERVE EVIDENCE AND COMPEL PRODUCTION OF DISCOVERY; |
| 15             Defendant. | ) ) | 2) SUPPRESS STATEMENTS; |
| 16 | ) ) | 3) PRESERVE AND INSPECT EVIDENCE; |
| 17 | ) ) | 4) DISMISS INDICTMENT DUE TO IMPROPER GRAND JURY INSTRUCTION; AND |
| 18 | ) ) | 5) GRANT LEAVE TO FILE FURTHER MOTIONS |
| 19 | ) ) | |
| 20 | ) ) | |

21  TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
22       DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY.

23       PLEASE TAKE NOTICE that on March 5, 2008 at 9:00 a.m., or as soon thereafter as counsel may

24  be heard, defendant Alejandra Tapia, by and through her attorneys, Stephen D. Demik and Federal Defenders

25  of San Diego, Inc., will ask this Court to enter an order granting the following motions.

26  //

27  //

28  //

**MOTIONS**

Defendant Alejandra Tapia, by and through her attorneys, Stephen D. Demik and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

1)     Preserving Evidence and Compelling Production of Discovery;

2)     Suppress Statements;

3)     Providing for the Preservation and Inspect Evidence;

4)     Dismissing the Indictment Because of Improper Grand Jury Instruction; and

5)     Granting Leave to File Further Motions.

This motion is based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

*/s/ Stephen D. Demik*

Dated: February 22, 2008

**STEPHEN D. DEMIK**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Tapia

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA, )
                        )
         Plaintiff, )   Case No. 08cr0249-BTM
                        )
v. )
                        )   **CERTIFICATE OF SERVICE**
ALEJANDRA TAPIA, )
                        )
         Defendant. )

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Arnold Dale Blankenship**
Dale.Blankenship@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov

mailed to:    Alexandra Tapia
                Defendant

Dated: February 22, 2008                       /s/ *Stephen D. Demik*
                                                   STEPHEN D. DEMIK
                                                    Federal Defenders of San Diego, Inc.
                                                    225 Broadway, Suite 900
                                                    San Diego, CA 92101-5030
                                                    (619) 234-8467 (tel)
                                                    (619) 687-2666 (fax)
                                                    E-mail: Stephen_Demik@fd.org