PS 8
(8/88)

MAR 1 2 2007

# United States District Court

for

08 MAR 11 PM 2:37

## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. TAPIA, ALEJANDRA                                    Docket No. 08CR*f*249BTM-002

### Petition for Action on Conditions of Pretrial Release

Comes now Luis Martinez Pretrial Services Officer presenting an official report upon the conduct of defendant TAPIA, ALEJANDRA who was placed under pretrial release supervision by the Honorable Nita L. Stormes sitting in the court at San Diego, on the sixteenth day of January, 2008, under the following conditions:

report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; restrict travel to the Central and Southern Districts of California; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and continue to reside at Women's Care Cottage in Los Angeles and obey all rules of the facility.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**CONDITION VIOLATED**: continue to reside at Women's Care Cottage in Los Angeles and obey all rules of the facility.

**GROUNDS FOR VIOLATION:** On March 4, 2008, the defendant was terminated from the Women's Care Cottage program for violation of program rules.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED ON MARCH 5, 2008, AT 9:00 A.M.

ORDER OF COURT

Considered and ordered this ___4th___ day of ___March___, 20_08_ and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___March 4, 2008___

Respectfully,

_____
Luis Martinez, U.S. Pretrial Services Officer

Place  ___San Diego, California___

Date  ___March 4, 2008___