1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467
4

5  Attorneys for Ms. Alejandra Tapia

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE BARRY T. MOSKOWITZ)**

11  UNITED STATES OF AMERICA,       )   CASE NO. 08CR0249-BTM
                                    )
12              Plaintiff,          )
                                    )
13  v.                              )
                                    )   MOTION TO EXPAND BOND CONDITIONS
14  ALEJANDRA TAPIA,                )
                                    )
15              Defendant.          )
                                    )
16

17       Defendant Alejandra Tapia needs to move from her current place of residence of 7725 Laurel Canyon

18  Blvd. #8, Hollywood, California to 13288 Louvre St., Pacoima, California, 91331 and also Ms. Tapia needs

19  to go to the Eastern District of California, to see her significant other who resides in Shafter, California.

20  Ms. Tapia asks this Court to expand her travel restrictions to include travel to the Eastern District of

21  California for the weekend of March 21, 2008 to return on March 24, 2008.  She is currently released on

22  her or recognizance.  Another condition of travel would be that Ms. Tapia will contact her Pre-Trial Services

23  officer immediately before leaving and immediately upon her return.

24  //
25  //
26  //
27  //
28  //

1  Ms. Tapia's temporary one-weekend travel condition will not cause a problem with her future
2  appearances in court. Assistant United States Attorney, Dale Blankenship has agreed to the modification
3  by stipulation. Further, Pre-Trial Services Officer has also consented to the modification.

DATED: 3/12/08

/s/ *signature*
**STEPHEN D. DEMIK**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Tapia