STEPHEN D. DEMIK
California State Bar No. 221167
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Ms. Tapia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0249-BTM |
| Plaintiff, | |
| v. | Joint STIPULATION TO MODIFY CHANGE OF RESIDENCE AND TRAVEL CONDITIONS |
| ALEJANDRA TAPIA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** between the parties that the Conditions of Release for Alejandra Tapia be modified to allow her to move to her new residence of 13288 Louvre Street, Pacoima, California, 91331 and travel to the Eastern District of California for the weekend of March 21, 2008 through March 24, 2008 with the consent of her Pre-Trial Services Officer Luis Martinez.

IT IS SO STIPULATED.

DATED: 3/12/08

STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Tapia

DATED: 3/12/08

DALE BLANKENSHIP
Assistant United States Attorney

DATED: March 12, 2008

ALEJANDRA TAPIA
Surety

08cr0249-BTM