FILED

MAR 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr0249-BTM |
| ) | |
| Plaintiff, ) | STIPULATION AND MOTION FOR |
| v. ) | RELEASE OF MATERIAL WITNESS |
| ) | ISABEL BOCANEGRA-NARVAEZ |
| ALEJANDRA TAPIA, ) | AND ORDER THEREON |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Dale A. Blankenship, Assistant United States Attorney, and defendant ALEJANDRA TAPIA, by and through her counsel, Stephen D. Demik, Federal Defenders of San Diego, Inc. that:

1. The deposition of the material witness was completed on March 10, 2008.

2. The material witness was served with parole letters and subpoena for her appearance at trial on April 1, 2008, copies of which were marked as Governments Deposition Exhibits 1, 2, and 3, to said deposition.

3. There are no objections to the release and remand of said witness to the Department of Homeland Security for her return to her country of origin.

4. By signing this stipulation and motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed this stipulation and motion with defense counsel and fully understands its meaning and effect.

| | |
|---|---|
| 1 | Based on the foregoing, the parties herein move for the immediate release and remand of the |
| 2 | above-named material witness to the Department of Homeland Security for her return to her |
| 3 | country of origin. |
| 4 | It is STIPULATED AND AGREED this date. |

KAREN P. HEWITT
United States Attorney

Dated: 3/12/08

Dale A. Blankenship
Assistant United States Attorney

Dated: 3/12/08

Stephen D. Demik
Defense Counsel for TAPIA

Dated: March 12 2008

ALEJANDRA TAPIA
Defendant

ORDER

Upon joint application and motion of the parties, and for good cause shown,

IT IS ORDERED that material witness Isabel Bocanegra-Narvaez be released and remanded forthwith to the Department of Homeland Security for her return to her country of origin.

Dated: 3-12-08

HONORABLE BARRY TED MOSKOWITZ
U. S. DISTRICT COURT JUDGE