UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Alejandra Tapia<br><br>Defendant(s) | CRIMINAL NO. 08CR0249-BTM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/~~Magistrate Judge~~ **BARRY TED MOSKOWITZ**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

ISABEL BOCANEGRA-NARVAEZ

DATED: March 12, 2008

RECEIVED _____
            DUSM

**BARRY TED MOSKOWITZ**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk

2:31pm