UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0249-BTM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER ALLOWING MS. TAPIA TO MOVE TO HER NEW RESIDENCE IN PACOIMA, CALIFORNIA AND EXPANDING TRAVEL CONDITIONS TO INCLUDE THE EASTERN DISTRICT OF CALIFORNIA |
| ALEJANDRA TAPIA, | ) ) ) | |
| Defendant. | ) ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the travel conditions for the bond in the above captioned case be modified to include allowing Ms. Tapia to change her place of residence to 13288 Louvre Street, Pacoima, California and allow her to travel to Eastern District of California for the weekend of March 21, 2008 through March 24, 2008.

**IT IS SO ORDERED.**

DATED: March 20, 2008

Honorable Barry Ted Moskowitz
United States District Judge

07CR0165-JAH