```
 1 | **STEPHEN D. DEMIK**
   | Cal. State Bar No. 221167
 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   | 225 Broadway, Suite 900
 3 | San Diego, CA 92101-5008
   | Telephone: (619) 234-8467
 4 |
 5 | Attorneys for Ms. Tapia
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0249-BTM |
| Plaintiff, | ) | DATE: April 1, 2008 |
| v. | ) | TIME: 9:00 a.m. |
| **ALEJANDRA TAPIA (2)**, | ) | DEFENDANT'S NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* AND TO: |
| Defendant. | ) | |

(1) EXCLUDE EVIDENCE ABOUT THE COMPARTMENT CONTAINING THE MATERIAL WITNESS;
(2) EXCLUDE HEARSAY STATEMENTS ABOUT SUPPOSED FINANCIAL ARRANGEMENTS;
(3) EXCLUDE 404(B) AND 609 EVIDENCE;
(4) PREVENT GOVERNMENT FROM PROCEEDING UNDER AN AIDING AND ABETTING THEORY;
(5) ALLOW VOIR DIRE OF EXPERT;
(6) EXCLUDE POVERTY EVIDENCE;
(7) EXCLUDE THE GOVERNMENT'S CASE AGENT;
(8) PREVENT A COPY OF THE INDICTMENT FROM BEING SUBMITTED DURING DELIBERATIONS;
(9) ALLOW ATTORNEY-CONDUCTED VOIR DIRE;
(10) DISCLOSE GRAND JURY TRANSCRIPTS;
(11) PROVIDE A SEPARATE COPY OF THE JURY INSTRUCTIONS FOR EACH JUROR DURING DELIBERATIONS;
(12) PROHIBIT IMPERMISSIBLE VOUCHING;
(13) PRECLUDE EVIDENCE OF ANY POST-ARREST SILENCE; AND
(14) GRANT LEAVE TO FILE FURTHER MOTIONS.