**STEPHEN D. DEMIK**
California Bar No. 221167
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
stephen_demik@fd.org

Attorneys for Ms. Tapia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08CR0249-BTM |
| | ) Date: April 1, 2008 |
| | ) Time: 9:00 a.m. |
| Plaintiff, | ) |
| v. | ) |
| | ) MOTION FOR |
| | ) AN ORDER SHORTENING TIME |
| **ALEJANDRA TAPIA**, | ) |
| Defendant. | ) |

   Defendant Alejandra Tapia, by and through counsel, Stephen D. Demik and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file his Defendant's Motions In Limine. The reason for this application is that (1) defense counsel has been preparing for a trial on United States v. Valera-Castaneda, which is scheduled for trial in front of Judge Houston on March 25, 2008, and that is the reason for this late filing.

                                                       Respectfully submitted,


Dated: March 21, 2008                                   /s/ Stephen D. Demik
                                                       **STEPHEN D. DEMIK**
                                                       Federal Defenders of San Diego, Inc.
                                                       Attorneys for Ms. Tapia
                                                       stephen_demik@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>        Plaintiff,                              )<br>                                                              )<br>v.                                                        )<br>                                                              )<br>ALEJANDRA TAPIA,                        )<br>                                                              )<br>        Defendant.                          )<br>_____) | Case No. 08cr0249-BTM<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Arnold Dale Blankenship**
Dale.Blankenship@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov

and

**David L Baker**
Rudolph Baker and Associates
419 19th Street
San Diego, CA 92101
(619)743-0121
Fax: (619)235-0076
Email: dlbakerlaw@aol.com

Dated: March 21, 2008                              /s/ Stephen D. Demik
                                                                  STEPHEN D. DEMIK
                                                                  Federal Defenders of San Diego, Inc.
                                                                  225 Broadway, Suite 900
                                                                  San Diego, CA 92101-5030
                                                                  (619) 234-8467  (tel)
                                                                  (619) 687-2666  (fax)
                                                                  E-mail: Stephen_Demik@fd.org