1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10               **(HONORABLE BARRY T. MOSKOWITZ)**

11  UNITED STATES OF AMERICA,          )          Case No. 08CR0249-BTM
                                       )
12              Plaintiff,             )
                                       )          ORDER SHORTENING TIME
13              v.                     )
                                       )
14  ALEJANDRA TAPIA,                   )
                                       )
15              Defendant.             )
                                       )
16  _____)

17        **IT IS HEREBY ORDERED** that time for defendant to file her Motions In Limine in this case

18  be shortened, with the Motion Hearing to be held on April 1, 2008  at 9:00 a.m.

19        **SO ORDERED**.

20  DATED:  March 24, 2008

21                                          _____

22                                          Honorable Barry Ted Moskowitz
                                            United States District Judge
23

24

25

26

27

28