FILED
MAR 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

~~EX PARTE SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0249-BTM |
| Plaintiff, | ORDER PERMITTING ISSUANCE OF SUBPOENA *DUCES TECUM*, AND SEALING RELEVANT PLEADINGS AND ORDER |
| v. | |
| ALEJANDRA TAPIA, | |
| Defendant, | |

A motion to issue a subpoena *duces tecum* to the Metropolitan Correctional Center having been submitted to the Court, the Court being advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Federal Defenders of San Diego, Inc. is authorized to issue a subpoena *duces tecum* to the Federal Bureau of Prisons Metropolitan Correctional Center, requiring it to produce the recorded phone conversations of **TinaMarie Torres DeBenedetto, USM #06934-298** that include any portions of conversation that relate to her involvement or the involvement of Ms. Alejandra Tapia in the instant offense for which she was arrested (on January 14, 2008).

**IT IS FURTHER ORDERED** that the *ex parte* motion and accompanying points and authorities requesting issuance of such subpoena, ~~and this order,~~ shall be sealed.

**SO ORDERED.**

DATED: 3-21-08

HONORABLE BARRY T. MOSKOWITZ
United States District Judge