1  **STEPHEN D. DEMIK**
   California Bar No 221167
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4

5  Attorneys for Alejandra Tapia

6

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10               **(HONORABLE BARRY TED MOSKOWITZ)**

11 UNITED STATES OF AMERICA,          )   Criminal No. 08cr0249-BTM
                                      )
12         Plaintiff,                 )   Date: April 1, 2008
                                      )   Time: 9:00 a.m.
13 v.                                 )
                                      )   R E Q U E S T   F O R
14 **ALEJANDRA TAPIA**,               )   TRANSPORTATION EXPENSES
                                      )   UNDER 18 U.S.C. 4285
15         Defendant.                 )
                                      )
16

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and
         A. DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY
18

19     Ms. Alejandra Tapia, through her undersigned counsel, hereby petitions and files a request that the

20 Court direct the United State's Marshal's Service to provide transportation costs and subsistence funds for

21 the cost of her travel to the Southern District of California from her residence in North Hollywood,

22 California for her jury trial which begins on April 1, 2008 at 9:00 a.m. Ms. Tapia was declared indigent and

23 the undersigned was appointed as counsel on her behalf and her financial situation has not changed since

24 the date of the appointment. Ms. Tapia has three minor children who live with her. She receives substantial

25 public assistance while she is a student at Los Angeles Vocational College, where she is striving to gain the

26 skills and experience necessary to have a career that will enable her to support her family.

27     Ms. Tapia will have to take a Greyhound Bus from North Hollywood to San Diego on Saturday

28 March 29 in order to help prepare in the defense of her case. Ms. Tapia is facing serious felony charges so

it is imperative that her and her counsel have a full and meaningful opportunity to prepare her case for trial. Preparing a trial case of this magnitude requires the significant investment of time and resources be invested to ensure that Ms. Tapia's rights to a fair trial and the assistance of counsel are honored. The costs attendant to ensuring that meaningful preparation takes place include not only travel expenses, but also subsistence funds to cover the costs of lodging and food while Ms. Tapia is in San Diego. In order to prepare the quality of defense that our criminal justice system requires, Ms. Tapia will need to be available to defense counsel for trial preparation beginning Saturday March 29, and continuing until the conclusion of her jury trial.

Title 18, United States Code, section 4285 provides that where a defendant is financially unable to pay her own expenses for transportation, this Court has the authority to order the non-custodial transportation or order the United State's Marshal's service to pay her fare. 18 U.S.C. § 4285. The statute authorizes payment for travel to court and subsistence during the period of travel. *United States v. Gunderson*, 978 F.2d 580, 584 (10th Cir. 1992); *United States v. Nave*, 733 F.Supp. 1002 (D.Md. 1990).

Here, Ms. Tapia seeks travel reimbursement and subsistence be paid by the United States Marshal's Service pursuant to 18 U.S.C. § 4285. It is proposed that Federal Defender's of San Diego make the initial payment for these expenses, with reimbursement as provided for above.

Respectfully submitted,

*/s/ Stephen D. Demik*

Dated: March 25, 2008

**STEPHEN D. DEMIK**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Tapia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. 08cr0249-BTM |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| ALEJANDRA TAPIA, | ) ) | |
| Defendant. | ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Arnold Dale Blankenship**
Dale.Blankenship@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: March 25, 2008                     */s/ Stephen D. Demik*
                                          STEPHEN D. DEMIK
                                          Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
                                          San Diego, CA 92101-5030
                                          (619) 234-8467  (tel)
                                          (619) 687-2666  (fax)
                                          E-mail: Stephen_Demik@fd.org